**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

ROSEANN PULLICINO on her own behalf
and all similarly situated individuals,

      Plaintiff,

v.                                                    CASE NO. 2:11-CV-00164-FtM-36DNF

THE SALVATION ARMY,
a foreign non profit corporation,

      Defendant.
_____/

**ORDER**

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Douglas N. Frazier on August 3, 2011 (Doc. 20). In the Report and Recommendation, Judge Frazier recommends that the Court approve the parties' Joint Motion for Approval of Settlement Agreement filed on July 28, 2011 (Doc. 19). Neither party filed an objection to the Report and Recommendation and the time to do so has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

      Accordingly, it is hereby **ORDERED and ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion for Approval of Settlement Agreement (Doc. 19) is **GRANTED**. The Settlement Agreement (Doc. 19, Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 25, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:

UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER

COUNSEL OF RECORD